AO 94
(10/82)

**COMMITMENT TO ANOTHER DISTRICT**
(Rule 40, Federal Rules of Criminal Procedure)

FILED
NOV 19 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# United States District Court

DISTRICT: Eastern District of CA

UNITED STATES OF AMERICA
V.

Russell Uplinger

DOCKET NO.

MAGISTRATE CASE NO.: 1:07 MJ 00271 DLB

CHARGES AGAINST THE DEFENDANT ARE FILED BASED UPON AN
☐ indictment   ☐ information   ☐ complaint   ☒ Other (specify) Violation of Supervised Release

charging a violation of _____ U.S.C. §

**DISTRICT OF OFFENSE:** District of Nevada

**DATE OF OFFENSE:** 8-26-05

**DESCRIPTION OF CHARGES:**

Violation of Supervised Release.

**BOND IS FIXED AT** $ Detained

DISTRICT: Eastern District of CA.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

11/19/07
Date

DENNIS L. BECK, U.S. Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |